IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE R. VALENTINE, ) | 1:07-CV-1618-AWI WMW HC |
| ) | |
| Petitioner, ) | ORDER DENYING MOTION |
| ) | FOR DEFAULT |
| vs. ) | |
| ) | [Doc. 7] |
| ) | |
| NEIL ADLER, ) | |
| ) | |
| Respondent. ) | |
| ) | |
| _____ ) | |

      Petitioner is a federal prisoner proceeding pro se on a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2241.  On January 7, 2008, Petitioner filed a "Motion for Default" requesting the court to enter default against Respondent.  This court has not yet ordered Respondent to answer the petition.  Accordingly, Respondent is not in default.  Therefore, Petitioner's motion is HEREBY DENIED.

IT IS SO ORDERED.

Dated:   February 8, 2008              /s/  William M. Wunderlich
                                                           UNITED STATES MAGISTRATE JUDGE