IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE R. VALENTINE,           ) | 1:07-CV-1618-AWI WMW HC |
|                                  ) | |
| Petitioner,      ) | ORDER DENYING MOTION |
|                                  ) | FOR COURT ORDER |
| vs.                              ) | |
|                                  ) | [Doc. 8] |
|                                  ) | |
| NEIL ADLER,                      ) | |
|                                  ) | |
| Respondent.      ) | |
|                                  ) | |
| _____  ) | |

     Petitioner is a federal prisoner proceeding pro se on a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2241.  On January 22, 2008, Petitioner filed a motion for the court to order the BOP to release him immediately.  Respondent has not yet responded to the petition. The court declines to address the merits of the present petition without allowing Respondent such an opportunity.  Accordingly, Petitioner's motion is HEREBY DENIED.

IT IS SO ORDERED.

**Dated:   February 8, 2008**              **/s/  William M. Wunderlich**

UNITED STATES MAGISTRATE JUDGE

2