IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAWRENCE R. VALENTINE, | ) | 1:07-CV-1618-AWI WMW HC |
| Petitioner, | ) ) | ORDER DENYING MOTION FOR RELIEF FROM |
| vs. | ) ) | JUDGMENT |
| NEIL ADLER, | ) ) | [Doc. 21] |
| Respondent. | ) ) ) | |

Petitioner is a federal prisoner proceeding pro se on a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2241. On March 31, 2008, Petitioner filed a motion for relief from judgment in this case. Petitioner apparently seeks to use this procedure to challenged his underlying conviction. A criminal conviction cannot be challenged based on procedures set forth in the Federal Rules of Civil Procedure. Further, a motion for relief from judgment pursuant to Rule 60(b)(4) of the Federal Rules of Civil Procedure must be filed in the case whose judgment the movant seeks to challenge. No judgment has yet been entered in the present case.

1         Accordingly, Petitioner's motion is baseless and is HEREBY DENIED.

3   IT IS SO ORDERED.

4   **Dated:**   <u>**April 7, 2008**</u>                   <u>**/s/ Anthony W. Ishii**</u>
                                                     UNITED STATES DISTRICT JUDGE