**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LAWRENCE R. VALENTINE,** | 1:07-CV-1618-AWI WMW HC |
| Petitioner, | ORDER OVERRULING OBJECTIONS TO MAGISTRATE JUDGE ORDERS |
| vs. | |
| **NEIL ADLER,** | [Doc. 17] |
| Respondent. | |

Petitioner is a federal prisoner proceeding pro se on a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2241. On December 20, 2007, Petitioner filed a motion for status, requesting immediate resolution of his case. On February 8, 2008, the Magistrate Judge entered an order denying this motion, explaining to Petitioner the high volume of cases pending before the court and assuring Petitioner that his case would be considered in due course.

On January 7, 2008, Petitioner filed a "Motion for Default" requesting the court to enter default against Respondent. On February 8, 2008, the Magistrate Judge entered an

order denying this motion.  The court explained to Petitioner that it had not yet ordered Respondent to answer the petition, and that Respondent was therefore not in default.

On January 22, 2008, Petitioner filed a motion for a court order directing his immediate release.  On February 8, 2008, the Magistrate Judge entered an order, declining to address the merits of the present petition until after Respondent has an opportunity to respond to the petition.

On February 21, 2008, Petitioner filed objections to the above described orders issued by the Magistrate Judge.  The basis of Petitioner's objections is his belief that a United States Magistrate Judge is limited to issuing findings and recommendations, and may not issue orders.  Petitioner is mistaken.   Title 28 U.S.C. § 636(b)(1)(A) and Local Rule 72-302 allow the Magistrate Judge to issue many orders, including an order declining to address the merits of a petition until the Respondent has responded to the petition.  The court therefore finds Petitioner's objections to be meritless.   Accordingly, Petitioner's objections are HEREBY OVERRULED.

IT IS SO ORDERED.

**Dated:   April 7, 2008**                                      /s/ **Anthony W. Ishii**
                                                            UNITED STATES DISTRICT JUDGE