8

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAWRENCE R. VALENTINE, | ) | 1:07-CV-1618-AWI WMW HC |
| | ) | |
| Petitioner, | ) | ORDER OVERRULING |
| | ) | OBJECTIONS TO |
| vs. | ) | MAGISTRATE JUDGE |
| | ) | ORDER |
| | ) | |
| NEIL ADLER, | ) | [Doc. 18] |
| | ) | |
| Respondent. | ) | |
| | ) | |
| _____ | ) | |

     Petitioner is a federal prisoner proceeding pro se on a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2241.  On February 14, 2008, the Magistrate Judge entered an order requiring Respondent to file an answer in this case.  On March 7, 2008, Petitioner filed objections to the order issued by the Magistrate Judge.  The basis of Petitioner's objections is his belief that a United States Magistrate Judge is limited to issuing findings and recommendations, and may not issue orders.  Petitioner is mistaken.  Title 28 U.S.C. § 636(b)(1)(A) and Local Rule 72-302 allow the Magistrate Judge to issue many orders.   In addition, a court must decide a habeas corpus petition on the merits and may not

simply enter default judgment if the respondent fails to file a timely response.  See  Bleitner v. Welborn, 15 F.3d 652, 653 (7th Cir. 1994); Gordon v. Duran, 895 F.2d 610, 612 (9th Cir.1990).  Thus, the court therefore finds Petitioner's objections to be meritless.

Accordingly, Petitioner's objections are HEREBY OVERRULED.

IT IS SO ORDERED.

**Dated:     April 7, 2008**                              **/s/ Anthony W. Ishii**
                                                                          UNITED STATES DISTRICT JUDGE