IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE R. VALENTINE,        )<br>                                                         )<br>                    Petitioner,         )<br>     v.                                              )<br>                                                         )<br>NEIL ADLER,                               )<br>                                                         )<br>                    Respondent.     )<br>                                                         )<br>_____) | 07-cv-1618 AWI WMW HC<br><br>ORDER ADOPTING<br>FINDINGS AND<br>RECOMMENDATIONS AND<br>DENYING PETITION<br><br>[Doc. 35] |

Petitioner, a federal prisoner, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On October 22, 2008, the Magistrate Judge filed findings and recommendations that recommended the petition for writ of habeas corpus be denied.  These findings and recommendations were served on the parties and contained notice to the parties that any objections to the findings and recommendations were to be filed within thirty days.  Petitioner filed objections on November 14, 2008.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has conducted a de novo review of this case.   See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Based on the foregoing, it is HEREBY ORDERED that:

1. The findings and recommendations issued by the Magistrate Judge on October 22  2008, are adopted in full;
2. The Petition for Writ of Habeas Corpus is denied;
3. All pending motions are denied; and
4. The Clerk of the Court is directed to enter judgment for Respondent and to close this case.

IT IS SO ORDERED.

**Dated:   January 16, 2009**            /s/ Anthony W. Ishii
                                        CHIEF UNITED STATES DISTRICT JUDGE